AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of

*11650 East 28th Street, Tulsa, Oklahoma 74129*

Case No. 26-mj-313-SH

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before April 30, 2026 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Susan E. Huntsman.
*(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for _____ days *(not to exceed 30).*

☐ until, the facts justifying, the later specific date of _____________.

Date and time issued: 4/16/26 at 3:30pm [signature]
*Judge's signature*

City and state: Tulsa, Oklahoma Susan E. Huntsman, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-MJ-313-SH | 04/17/2026 @ 0630 | Eric Goode |

Inventory made in the presence of :
Eric Goode

Inventory of the property taken and name of any person(s) seized:
See attached property receipt

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/2026

*Executing officer's signature*

Jonah Roop, SA

*Printed name and title*

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | 26-13400 | | Tulsa FO - Dallas FD |

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Eric Odell Goode 11650 E 28th St., Tulsa, Oklahoma 74129 | ATF Tulsa II FO |
| **Location of Transfer or Seizure** | **Basis for Transfer or Seizure of Items:** |
| 11650 E 28th St., Tulsa, OK 74129 | Search warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Glock 21Gen5, .45auto, pistol, SN: CAKE600 (2 pistol mags) Back left bedroom |
| 10 | 12 guage shotgun shells Back left bedroom |
| 1 | S+W SD9 2.0, 9mm, pistol, SN: ENK7170 master bedroom |
| 30 | ↳ mag loaded w/ (30) 9mm rounds of ammunition ↓ |
| 1 | (042276) Andriod cellphone in black case (screensaver is a boy) master bedroom male night stand |
| X Did not take | ~~Android cellphone [illegible] phone [illegible] case w/ beads~~ MB ~~female nightstand~~ |
| | Nothing Further |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date |
|---|---|---|---|
| [signature] | | | 4/17/26 |
| **Transferred by:** *(signature, if appropriate)* | **Date** | **Witnessed by:** *(signature)* | **Date** |
| [signature] | 4/17/26 | | |

# ATTACHMENT A

## Property to be Searched

The property to be searched is a residence located at 11650 East 28th Street, Tulsa, Oklahoma 74129 (the "Subject Residence"), further described as a one-story, single-family home with red brick, white trim, and a grey roof.

The property to be searched includes the residence, outbuildings, and vehicles on the curtilage premises. The property to be searched is located within the Northern District of Oklahoma, described above, and pictured below.



# ATTACHMENT B

## Particular Things to be Seized

All items that constitute evidence, instrumentalities, contraband, and/or fruits of violations of Title 18 U.S.C. § 922(g)(1), Possession of a Firearm and/or Ammunition by a Convicted Felon, including:

a. Firearms;

b. Ammunition;

c. Any electronic device used to facilitate the movement or relocation of firearms, including but not limited to cellular telephones, tablets, laptops, and desktop computers;

d. Documents establishing Eric Goode as a resident of the Subject Residence, including but not limited to: personal mail, checkbooks, personal identification, notes, other correspondence, financial documents, keys, photographs, leases, and bills.